**JS-6**

1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FONTEM VENTURES B.V., a Netherlands company; and FONTEM HOLDINGS 1 B.V., a Netherlands company,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CB DISTRIBUTORS, INC., an Illinois corporation; DR DISTRIBUTORS, LLC, an Illinois limited liability company dba 21ST CENTURY SMOKE, LLC, and DOES 1-5, Inclusive,<br><br>　　　　　　　Defendants. | Case No. CV 14-1649-GW(MRWx)<br><br>**ORDER GRANTING DISMISSAL** |
|---|---|
| AND RELATED COUNTERCLAIMS | |

111971-0003.0001/128675717.1

In light of the Joint Stipulation of Dismissal by Plaintiffs Fontem Ventures B.V. and Fontem Holdings 1 B.V. (together, "Fontem") and Defendants CB Distributors, Inc. and DR Distributors, LLC (together, "CB/DR"), the Court hereby ORDERS as follows:

1. All claims and counterclaims between Fontem and CB/DR in Case No. CV14-1649 shall be dismissed without prejudice.

2. Fontem and CB/DR shall each bear its own fees and costs.

3. The Court shall retain jurisdiction of this case for the sole purpose of enforcing the Settlement Agreement between Fontem and CB/DR.

**IT IS SO ORDERED**.

DATED: December 1, 2015

_____
The Hon. George H. Wu
Judge, United States District Court,
Central District of California